RICHARD S. *v.* CITY OF NEW YORK

No. 1478, Misc.   Decided April 20, 1970

*Jonathan A. Weiss* for appellant.

*J. Lee Rankin, Stanley Buchsbaum,* and *Robert T. Hartmann* for appellee.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* is granted.   The judgment is vacated and the case is remanded to the Court of Appeals of New York for further consideration in light of *In re Winship, ante,* p. 358.

THE CHIEF JUSTICE and MR. JUSTICE STEWART dissent for the reasons set forth in the dissenting opinion of THE CHIEF JUSTICE in *In re Winship, ante,* p. 375.   MR. JUSTICE BLACK dissents for the reasons set forth in his dissenting opinion in *In re Winship, ante,* p. 377.